JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE CALDERON<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:23-cv-04387-AB-AFM<br><br>District Judge: André Birotte Jr.<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff BROOKE CALDERON ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 21, 2023.

Accordingly, the Court enters **JUDGMENT** in favor of Plaintiffs in the amount of $75,418.50 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: November 14, 2023

_____
Hon. André Birotte Jr.
District Judge