# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE CALDERON, | Case No. 2:23-cv-04387-AB-AFM |
| Plaintiff, | District Judge: Andre Birotte Jr. |
| vs. | [~~PROPOSED~~] ORDER ON STIPULATION |
| FCA US LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

Plaintiff BROOKE CALDERON ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $15,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

The Court therefore ORDERS Defendant to pay Plaintiff $15,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by June 18, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: April 22, 2024

_____
Hon. Andre Birotte Jr.
District Court Judge